UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-125 (RHK/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | FINAL ORDER |
| ) | OF FORFEITURE |
| JAVARLO LASHA PERRY, ) | |
| a/k/a EARL JUNIOR BROWN, ) | |
| a/k/a DERRIRK LAMAR BROWN, ) | |
| a/k/a DAVID HARVEY, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, on August 29, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 924(d), in conjunction with 28 U.S.C. § 2461(c), forfeiting a Phoenix Arms, HP22, .22 caliber semiautomatic pistol, serial number 4116564;

WHEREAS, on September 19, 2007, September 26, 2007 and October 3, 2007, the plaintiff published notice of the forfeiture of the above-described firearm in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the above-described firearm in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the above-described firearm;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the Phoenix Arms, HP22, .22 caliber semiautomatic pistol, serial number 4116564, is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c); and

2. the Phoenix Arms, HP22, .22 caliber semiautomatic pistol, serial number 4116564 shall be disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 11/26/07                s/Richard H. Kyle
                               RICHARD H. KYLE, Judge
                               United States District Court